UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/27/2025
```

JORGE PAREDES GUEVARA,

        Plaintiff,

v.

A&P RESTAURANT CORP., ANASTASIO GIANNOPOULOS, and PETER GIANNOPOULOS,

        Defendants.

Civil Action No. 7:24-cv-00522-NSR

**NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

**MEMO ENDORSED** See p. 2

### NOTICE OF DEFENDANTS MOTION TO DISMISS PURSUANT TO RULE 12(b)(6), FEDERAL RULES OF CIVIL PROCEDURE

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant A&P Restaurant Corp., Anastasio Giannopoulos, and Peter Giannopoulos (collectively "Defendants")'s Motion to Dismiss Plaintiff's Amended Complaint, and all papers and proceedings had herein, Defendants, by and through its undersigned counsel, will move this Court, before the Honorable Nelson Stephen Roman, at the Southern District of New York, located at Thurgood Marshall, United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be determined by this Court for an order pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing this action with prejudice, and such other and further relief as this Court may deem just and proper, including costs and reasonable attorneys' fees.

Dated: New York, New York
       May 8, 2025

Respectfully Submitted,

**DAVIDOFF HUTCHER & CITRON, LLP**

By:    */s/ Joseph Diego Taylor*
        Joseph Diego Taylor, Esq. (JT2497)
        Andreas Koutsoudakis, Esq. (AK4162)
        Attorneys for Defendants
        605 Third Avenue
        New York, New York 10158
        Tel.: (646) 428-3113/3235
        Fax: (212) 286-1884
        Email: jdt@dhclegal.com
        Email: aak@dhclegal.com

**The Court denies, without prejudice, Defendant's Motion to Dismiss Plaintiff's Amended Complaint for failure to adhere to Rule 3(A)(ii) of Judge Román's Individual Rules of Practice in Civil Cases. The Clerk of Court is kindly requested to terminate the motion at ECF No. 36.**

**Dated: May 27, 2025**
**White Plains, New York**

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge