UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JORGE PAREDES GUEVARA,

                     Plaintiff,

    -against-                                        24 **CIVIL** 522 (NSR)

                                                   **JUDGMENT**

A&P RESTAURANT CORP., ANASTASIO
GIONNOPOULOS, AND PETER
GIONNOPOULOS,

                    Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated November 18, 2025, Defendants' motion to dismiss Plaintiff's FAC is GRANTED. The Court dismisses with prejudice Plaintiff's FAC in its entirety without leave to amend.

**Dated:**  New York, New York

      November 19, 2025

                                                      **TAMMI M. HELLWIG**
                                                       **Clerk of Court**

                           **BY:**          K. Mango

                                                        **Deputy Clerk**